| Date | Pleading Number | |
|---|---|---|
| 8/16/72 | 1. | PLAINTIFFS REA EXPRESS, INC., AND REA EXPRESS CANADA LTD.,   MOTION, BREIF & CERT. OF SERVICE FOR A 28 U.S.C. §1407 TRANSFER T E.D. PA., A-1 through A-11 |
| 8/31/72 | | REQUEST OF REA for ext. of time to file response to motion |
| | | ORDER -- Ext. time to ALL PARTIES to & incl. 9/11/72.  Notied counsel. |
| 9/5/72 | | HEARING ORDER - A-1 through A-8, Oct. 4, 1972, New Orleans, LA |
| 9/7/72 | | HEARING ORDER AMENDED to include A-9, A-10, A-11.  Notified Counsel |
| 9/13/72 | 2. | SEABOARD ~~XXASTXXMBEXRRXBXXXXX~~ COAST LINE RR CO. response to motion Brief and cert. of service. |
| 9/12/72 | 3. | CERTAIN NON-MOVANTS other than Seabord, Brief & Response to Motion. cert. of service- |
| 9/21/72 | 4. | Reply Brief of REA Express, Inc. |
| 12/21/72 | | CONSENT of Chief Judge Joseph S. Lord III for Judge Becker to handle litigation |
| 12/21/72 | | OPINION AND ORDER transfering A-1 through A-11 to the E.D. Penna for assignment to Judge Edward R. Becker for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407.  Distribution made. |
| 1/18/73 | | REA EXPRESS V. BANGOR & AROOSTOOK RR Co., D. MAINE, 1963 CTO entered today.  Notified counsel, involved judges. |
| 2/5/73 | | REA EXPRESS V. BANGOR & ARROOSTOOK RR CO., D. ME., 1963 CTO final today.  Notified transferee clerk, involved judges. |
| 10/1/74 | 5 | CHICAGO, MILWAUKEE, ST. PAUL AND PACIFIC RR CO. V. REA, N.D. ILL 74C1093 REA Motion, Brief, Cert. of Service w/complaint to transfer action to the E.D. Pa., pursuant to 28 U.S.C. §1407 |
| 10/10/74 | 6 | CHICAGO MILWAUKEE, ST. PAUL AND PACIFIC RR CO. notice of opposition to transfer or action w/cert. of service. |
| 10/17/74 | 7 | RESPONSE - Chicago Milwaukee St. Paul and Pacific RR Co. w/cert. of service |
| 10/18/74 | 8 | RESPONSE - Certain Defendants w/cert. of service |
| 10/29/74 | 9 | REPLY -- REA Express w/cert. of service |
| 10/30/74 | | HEARING ORDER -- Setting (B-2) Chicago, Milwaukee, St. Paul and Pacific RR v. REA Express, N.D. Ill, 74C1093 Defendants Motion for transfer for hearing November 22, 1974, Washington, D.C. |
| 1/17/75 | | CHICAGO, MILWAUKEE, ST. PAUL AND PACIFIC RR CO. V. REA EXPRESS N.D. ILL, 74 C 1093 -- Opinion and Order transferring action to E.D. Penna. for coordinated or consolidated pretrialproceedings pursuant to 28 U.S.C. §1407 for assignment to Judge Becker. |

OEO 12/21/72 352 F.Supp 803
OEO 1/17/75 386 F.Supp 1906

DOCKET NO. 115 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE REA EXPRESS, INC. PRIVATE TREBLE DAMAGE ANTITRUST LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) _10/4/72_

Date(s) of Opinion(s) or Order(s) 12/21/72  ~~F~~ 352 F.Supp 803

Consolidation Ordered __x__     Name of Transferee Judge __Edward R. Becker__

Consolidation Denied ____      Transferee District __E.D. Pennsylvania__ (3/3)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | REA Express, Inc., et al. v. Aberdeen & Rockfish R.R. Co., et al. | E.D.Pa. Becker | 71-802 | | N.T | | REA Motion 8/16/72 |
| A-2 | REA Express, Inc., et al. v. Atlanta & West Point R.R. Co., et al. | N.D. Ga. Freeman | 16690 | 73-14 | 12/21/72 | | " " |
| A-3 | REA Express, Inc., et al. v. Camas Prairie R.R. Co. | W.D.Wash. Goodwin | 101-72C3 | 73-121 | 12/21/72 | | " " |
| A-4 | REA Express, Inc., et al. v. Central Vermont Ry. Co. | Vermont Holden | 6627 | 73-27 | 12/21/72 | | " " |
| A-5 | REA Express, Inc., et al. v. Duluth, Winnipeg & Pacific Ry. Co. | Minn. (Duluth) Lord | 5-72 Civ 56 | | 12/21/72 | | " " |
| A-6 | REA Express, Inc., et al. v. Green Bay and Western R.R. Co. | E.D.Wisc Reynolds | 72-C-318 | 73-16 | 12/21/72 | | " " |
| A-7 | REA Express, Inc., et al. v. Illinois Terminal R.R. Co. | E.D. Mo. Webster | 72-C-335(3) | 73-41 | 12/21/72 | | " " |
| A-8 | REA Express, Inc., et al. v. Lake Superior & Ishpeming R.R. Co. | W.D. Mich. Fox | M44-72CA | 73-40 | 12/21/72 | | " " |

DOCKET NO. 115 (CONTINUED)     PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | REA Express, Inc., et al. v. Maine Central R.R. Co. | Maine Gignoux | 13-80 | 12/21/72 | 73-271 | | REA Motion 8/16/72 |
| A-10 | St. Louis Southwestern Ry. Co. v. REA Express, Inc. | N.D.Cal. Wollenberg | C-71-2030-ACW | 12/21/72 | 73-272 | | "   " |
| A-11 | Seaboard Coast Line R.R. Co. v. REA Express, Inc. | M.D. Fla. Tjoflat | 70-937-Civ-J | 12/21/72 | 73-120 | | "   " |
| B-1 | REA Express, Inc., et al. v. Bangor and Aroostook RR Co.   1/11/23 | Maine Gignoux | 1963 | 2/5/73 | 73-326 | | |
| B-2 | Chicago, Milwaukee, St. Paul and Pacific Railroad Co. v. REA Express   1/17/75 | N.D.Ill Bauer | 74C 1093 | 1/17/75 | 75-330 | | REA Motion 10/1/74 |
| XYZ | George P. Baker, et al. v. REA | N.D.ILL. 73C 865 | (1404(a) transfer) 4/15/74 | | 74-969 | | |

*[handwritten notes below table]*

Terminated July 1976

13 — 41
2 — X/2
14 Pending

July 1977 — Note fr Clerk
"On 5/5/77 J. Becker ordered the REA Express actions to be placed in the suspense file and to be marked closed."

July 1978 — Have been statistically closed by the Court

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE: REA EXPRESS, INC. PRIVATE TREBLE DAMAGE ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | REA EXPRESS, INC.<br>REA EXPRESS [CANADA], LTD.<br>Seymour Kurland, Esquire<br>Judith R. Cohn, Esquire<br>Wolf, Block, Schorr & Solis-Cohen<br>12th Floor, Packard Building<br>Philadelphia, Pa.. 19102<br>(P+P order - 14/27/72) | Alabama Great Southern RR Co.<br>Albany & Northern RR Co.<br>Arkansas Western Ry. Co.<br>Atchison, Topeka & Santa Fe Ry. Co.<br>Canadian National Ry. Co.<br>Carolina & Northwestern Ry. Co.<br>Central of Georgia Ry. Co.<br>Chicago & Northwestern Ry. Co.<br>Cincinnati, New Orleans & Texas Pacific Ry. Co.<br>Fort Smith & Van Buren Ry. Co.<br>Gainesville Midland RR Co.<br>Georgia, Ashburn, Sylvester & Camilla Ry. Co.<br>Georgia Southern and Florida Ry. Co.<br>G-and Trunk Western RR Co.<br>Gulf, Mobile & Ohio RR Co.<br>Illinois Central RR<br>Southern Pacific Transportation Co.<br>Kansas City Southern Ry. Co.<br>Live Oak, Perry & Gulf RR Co.<br>Louisiana & Arkansa Ry. Co.<br>Louisville & Nashville RR Co.<br>Missouri-Kansas-Texas RR Co.<br>Richmond, Fredericksburn & Potomac RR Co.<br>St. Louis Southwestern Ry Co.<br>Southern Ry Co.<br>Savannah & Atlanta Ry. Co.<br>~~Seaboard Coast Line RR Co.~~<br>Soo Line RR Co.<br>Southern Pacific Co.<br>South Georgia Co.<br>Union Pacific RR Co.<br>Western Railway of Alabama<br>Wrightsville & Tennille RR Co.<br>DULUTH, WINNIPEG & PACIFIC RY.<br>(LIST CONTINUED -- OVER) |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Atlanta & West Point RR Co. |
| | | Camas Prairie RR Co. |
| | | Central Vermont RY Co. |
| | | Georgia RR |
| | | Clinchfield RR Co. |
| | | Green Bay & Western RR Co. |
| | | High Point, Thomasville & Denton RR Co. |
| | | Illinois Terminal RR Co. |
| | | Lake Superiod & Ishpeming RR Co. |
| | | Main Central RR Co. |
| | | Spokane International RR Co. |
| | |   Edwin M. Zimmerman, Esquire   *L.C. for defs.* |
| | |   Covington & Burling |
| | |   888 Sixteenth St., N.W. |
| | |   Washington, D.C. 20006 |
| | |   *(P+P- 12/27/72)* |
| | | Chicago South Shore & South Bend RR |
| | |   Robert W. Sayer, Esquire |
| | |   23rd Floor, Packard Building |
| | |   15th & Chestnut Streets |
| | |   Philadelphia, Pennsylvania |
| | | Florida East Coast Ry. Co. |
| | |   Lloyd G. Parry, Esquire |
| | |   1600 PNB Building |
| | |   Philadelphia, Pennsylvania |
| | | Lowville & Beaver River RR Co. |
| | |   Richard C. Cummings, Esquire |
| | |   7557 State Street |
| | |   Lowville, New York |
| | | The Pittsburgh & Lake Erie RR Co. |
| | |   William Wuinn, Esquire |
| | |   1316 Western Savings Bldg. |
| | |   Philadelphia, Pennslvania |
| | | Toledo, Peoria & Western RR Co. |
| | |   Joseph W. Swain, Jr., Esquire |
| | |   20th Floor, Three Parkway |
| | |   Philadelphia, Pennsylvania |
| | | The Ann Arbor RR Co. *Detroit, Toledo + Ironton RR Co.* |
| | | ~~Greenville & Northern Ry. Co.~~ |
| | |   Edward A. Kaier, Sr., Esquire |
| | |   1600 Three Penn Center |
| | |   Philadelphia, Pennsylvania |
| | | ~~St. Louis Southwestern Ry. Co.~~ |
| | |   ~~Joseph L. Lemon, Esquire~~ |
| | |   ~~Richard S. Kopf, Esquire~~ |
| | |   ~~One Market Street~~ |
| | |   ~~San Francisco, California~~ |

| No. | Plaintiff | Defendant |
|---|---|---|

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE REA EXPRESS, INC. PRIVATE TREBLE DAMAGE ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | Washington, Idaho & Montana Ry. Co.<br>Cope R. Gale, Esquire<br>Statutory Agent<br>Washington, Idaho & Montana Ry. Co.<br>Moscow, Idaho |
|  |  | Louisville & Wadley RR Co.<br>Mr. Billy Gibson<br>416 Broad Street<br>Louisville, Georgia |
|  |  | Middletown & New Jersey Ry. Co.<br>Pierre T. Rasmussen<br>President, Middletown &<br>   New Jersey Ry. Co.<br>Middletown, New York 10940 |
|  |  | Mairanna & Blountstown RR Co.<br>George W. Fapper<br>President, Marianna & Blountstown<br>   RR Co.<br>Post Office Box 365<br>Blountstown, Florida 32424 |
|  |  | Smoky Mountain RR<br>John B. Waters, Jr.<br>Smoky Mountain RR<br>Seiverville, Tennessee |
|  |  | Tennessee Central Rail-ay Co.<br>Carmack Cochran, Esquire<br>Martin & Cochran<br>Fourth Floor, 226 Third Ave., North<br>Nashville, Tennessee |
|  | Joseph J. Connolly, Esquire<br>Ewing and Cohen<br>Suite 2616, IVB Building<br>1700 Market Street<br>Philadelphia, Pa. 19103 | Toronto, Hamilton & Buffalo Ry. Co.<br><s>Russell Hampson</s><br><s>Room 1202 Central Terminal</s><br><s>Buffalo, New York 14212</s> |

| No. | Plaintiff | Defendant |
|---|---|---|
| | *[handwritten: Frank L. Zugelter, Roger Zamer, Esq., Florida Title Bldg.]* | Seaboard Coast Line RR Co.<br>~~Richard D. Sanborn, Jr.~~<br>~~Seabord Coast Line RR Co.~~<br>500 Water Street<br>Jacksonville, Fla. 32202<br><br>Central Vermont Ry. Co.<br>~~Robert L. Livesay~~ *[handwritten]*<br>~~131 W. Lafayette~~<br>~~Detroit, Michigan~~ *[handwritten: 935 de la ... Quebec]*<br><br>Duluth, Winnipeg & Pacific Ry. Co.<br>T. F. Fearnall<br>Duluth, Winnipeg & Pacific Ry. Co.<br>401 Board of Trade Bldg.<br>Duluth, Minn. 55802 |
| B-1 | | Bangor & Aroostook RR Co.<br>Edward W. Mullinix, Esquire<br>Schnader, Harrison, Segal & Lewis<br>1719 Packard Building<br>Philadelphia, Penna. 19102 |
| B-2 | James A. Romanyak, Esquire<br>Reedy, McDonnell, Summers & Trafelet<br>Suite 888 - Union Station<br>516 West Jackson Boulevard<br>Chicago, Illinois 60606 | |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 115 -- REA Express, Inc. Private Treble Damage Antitrust Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| REA Express, Inc., REA Express, Inc. (Canada) | Plaintiffs A-1 thru A-13 ? <br> Defendants A-14 and A-15 // |
| SEE EXHIBIT B OF DEF. REA EXPRESS MOTION | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |